# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00187-CR

**Horacio Palacious Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-0930-K277, THE HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due August 14, 2020. On counsel's motions, the time for filing was extended to November 16, 2020. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than December 14, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on December 2, 2020.

Before Justices Goodwin, Triana, and Smith

Do Not Publish